# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

2025 ND 89

In the Matter of the Vacancy in Judgeship No. 1, with Chambers in Bismarck, South Central Judicial District

No. 20250083

**Per Curiam**

[¶1]   On March 12, 2025, Governor Kelly Armstrong notified the Supreme Court of the retirement of the Honorable David E. Reich, Judge of the District Court, South Central Judicial District, effective June 6, 2025. Judge Reich's retirement creates a vacancy under N.D.C.C. § 27-05-02.1.

[¶2]   Under N.D.C.C. § 27-05-02.1, within 90 days of receiving notice of a vacancy, this Court is required to determine whether the office is necessary for effective judicial administration. This Court may, consistent with that determination, order the vacancy filled, order the vacant office transferred to another judicial district in which an additional judge is necessary, or abolish the vacant judicial office, with or without a transfer.

[¶3]   Under N.D. Sup. Ct. Admin. R. 7.2, notice of a written consultation with attorneys and judges and other interested persons in the South Central Judicial District was posted March 14, 2025, on the website of the Supreme Court regarding the vacancy created by Judge Reich's retirement in Judgeship No. 1. Written comments on the vacancy were permitted through April 14, 2025. This procedure is sufficient for purposes of the consultation required under N.D.C.C. § 27-05-02.1.

1

[¶4]   A report containing population and caseload trends, and other criteria identified in Sup. Ct. Admin. R. 7.2, Section 4, was filed March 19, 2025, by the South Central Judicial District. The State Court Administrator filed weighted caseload statistics for calendar years 2023 and 2024 for the South Central Judicial District and statewide. No comments or petitions for relocation were received.

[¶5]   The South Central Judicial District is comprised of Burleigh, Emmons, Grant, McLean, Mercer, Morton, Oliver, Sheridan, and Sioux Counties. The District has six judges chambered in Bismarck, one judge chambered in Linton, three judges chambered in Mandan, and two judicial referees. Judgeship No. 1 is currently chambered in Bismarck in Burleigh County. The judges in the district are responsible for an equal share of civil and criminal cases. The referees handle juvenile, child support, small claims, and summary domestic matters.

[¶6]   The caseload increased 3,713 from 2023 to 2024. The weighted caseload provided that the increase was primarily due to an increase in large increases in felony, misdemeanor, contract/collection, juvenile dependency and administrative traffic cases. The weighted caseload statistics show the two-year average need for judicial officers in the South Central Judicial District increased from 11.60 to 12.14 from 2022-2023 to 2023-2024, resulting in a shortage of 0.14.

[¶7]   The population in the district increased 20 percent from 2010 to the 2024 estimate with Burleigh County experiencing the largest increase of 27 percent. Emmons, Grant, Mercer, Oliver, Sheridan, and Sioux Counties experienced decreases in population. The South Central Judicial District is geographically large and judges travel to all counties.

[¶8]   Vacating or moving this judgeship would create additional shortage in the district and make it difficult to provide effective judicial services.

[¶9]   Under the criteria of Section 4 of N.D. Sup. Ct. Admin. R. 7.2, this Court has considered all submissions and its own administrative records on statewide weighted caseload data.

[¶10]  Based on the record before us, this Court determines this office is necessary for effective judicial administration in its present location.

[¶11] IT IS HEREBY ORDERED, that Judgeship No. 1 at Bismarck in the South Central Judicial District be filled in the manner provided by N.D.C.C. ch. 27-25.

[¶12] Jon J. Jensen, C.J.
  Daniel J. Crothers
  Lisa Fair McEvers
  Jerod E. Tufte
  Douglas A. Bahr